IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISSA NEWTON, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:20-CV-809 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : |
| Defendant. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1. Portfolio Recovery Associates, LLC is a defendant in a civil action originally filed on March 12, 2020 in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Alissa Newton v. Portfolio Recovery Associates, LLC* and docketed to Case No. GD-20-004135.

2. This removal is timely under 28 U.S.C. § 1446(b). PRA did not receive service of process, but retrieved Plaintiff's Complaint from the Allegheny County Prothonotary's website on May 6, 2020.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings, and orders filed in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff filed claims

against PRA alleging violations of the Fair Debt Collection Practices Act, 28 U.S.C. § 1692, *et seq*.

5. On this date, PRA has provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: June 3, 2020

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, a true copy of the foregoing document was served as follows:

| *Via Email and U.S. Mail, Postage Prepaid* | *Via Electronic Filing* |
|---|---|
| Joshua P. Ward, Esq. | Court of Common Pleas |
| Kyle H. Steenland, Esq. | Allegheny County |
| The Law Firm of Fenters Ward | 414 Grant St. |
| The Rubicon Building | Pittsburgh, PA 12519 |
| 201 South Highland Avenue | |
| Suite 201 | |
| Pittsburgh, PA | |
| JWard@FentersWard.com | |
| KSteenland@FentersWard.com | |
| *Counsel for Plaintiff* | |

**MESSER STRICKLER, LTD.**

By: /s/ *Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: June 3, 2020